1  Patrick N. Keegan, Esq.  (SBN167698)
   KEEGAN & BAKER, LLP
2  2292 Faraday Avenue, Suite 100
   Carlsbad, California 92008
3  Telephone:    (760) 929-9303
   Facsimile:    (760) 929-9260
4  Email:        pkeegan@keeganbaker.com

5  Robert A. Waller, Jr. (SBN 169604)
   LAW OFFICE OF ROBERT A. WALLER, JR.
6  P.O. Box 999
   Cardiff-by-the-Sea, California 92007
7  Telephone:    (760) 753-3118
   Facsimile:    (760) 753-3206
8  Email:        robert@robertwallerlaw.com

9  Attorneys for Plaintiff ROBERT WILSON, Individually and on behalf of all others similarly situated
10

11                    **UNITED STATES DISTRICT COURT**

12                    **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  ROBERT WILSON, an individual, | CASE NO.  3:20-cv-01515-DMS-LL |
| 14       Plaintiff, | |
| 15  v. | |
| 16  RATER8, LLC, a Delaware Limited Liability Company; SAN DIEGO ORTHOPAEDIC ASSOCIATES MEDICAL GROUP, a California Corporation; MANEESH BAWA, M.D., An Individual; LARRY D. DODGE, M.D., INC., A California Corporation; LARRY D. DODGE, M.D., INC., An Individual, | JOINT MOTION TO DISMISS PLAINTIFF ROBERT WILSON'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLAIMS OF THE PUTATIVE CLASS WITHOUT PREJUDICE |
| 21       Defendants. | |

22      **COME NOW THE PARTIES, Plaintiff ROBERT WILSON**, by and through his

23  counsel of record, Patrick N. Keegan and Robert A. Waller, Jr., and Defendants RATER8,

24  LLC, a Delaware Limited Liability Company; SAN DIEGO ORTHOPAEDIC ASSOCIATES

25  MEDICAL GROUP, a California Corporation; MANEESH BAWA, M.D., An Individual;

26  LARRY D. DODGE, M.D., INC., A California Corporation; LARRY D. DODGE, M.D., An

27  Individual, by and through their counsel of record, Joshua Briones and Adam Korn, and

28  hereby jointly move the Court to dismiss with prejudice the individual claims of Plaintiff

Robert Wilson, and dismiss without prejudice the claims of the putative class.

Good cause exists for this motion as the parties have resolved all the individual claims and issues identified in Plaintiff's complaint and agree that this action should be dismissed with prejudice as to Plaintiff Robert Wilson's individual claims and without prejudice as to the claims of the putative class. No class has been certified, no motion for class certification has been filed, and there is no hearing date scheduled for a motion for class certification.

The parties further agree that each party shall bear their own attorneys' fees and costs of suit.

Based on the foregoing, the parties respectfully request that the Court enter an order dismissing Plaintiff's individual claims in this action with prejudice and the claims of the putative class without prejudice.

By,

Dated: December 2, 2021

/s/ Robert A. Waller, Jr.
Robert A. Waller, Jr.
Attorneys for Plaintiff and the Class

Dated: December 2, 2021

/s/ Adam B. Korn
Adam B. Korn
Joshua Briones
Attorneys for Defendants
RATER8, LLC, SAN DIEGO ORTHOPAEDIC ASSOCIATES MEDICAL GROUP, MANEESH BAWA, M.D., LARRY D. DODGE, M.D., INC., and LARRY D. DODGE, M.D.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Adam B. Korn and Joshua Briones, attorneys for Defendants, and that I obtained Messrs. Korn's and Briones' authorization to affix their signature to this document.

Dated: December 2, 2021

/s/ Robert A. Waller, Jr.
Robert A. Waller, Jr.

## CERTIFICATE OF SERVICE

I, Robert A. Waller, Jr., HEREBY CERTIFY that on December 2, 2021 a true and correct copy of the following:

**JOINT MOTION TO DISMISS PLAINTIFF ROBERT WILSON'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLAIMS OF THE PUTATIVE CLASS WITHOUT PREJUDICE**

was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.

Dated: December 2, 2021

/s/ *Robert A. Waller, Jr.*
Robert A. Waller, Jr., Esq.
robert@robertwallerlaw.com